UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2026

------------------------------------------------------------------ X
                                :

CARMEN LOJA,                     :

                         Plaintiff,   :          1:25-cv-8828-GHW

            -v-            :          ORDER

GRACE NAILS SPA, INC., *et al.,*   :

               Defendants.  :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On October 24, 2025, Plaintiff filed this action under the Fair Labor Standards Act.  Plaintiff filed certificates of service as to both Defendants on January 16, 2026.  Dkt Nos. 8, 9.  The deadlines for both Defendants to answer or otherwise respond to the complaint has long since passed.  *Id.*  And as of the date of this order, neither Defendant has filed any response to the complaint and neither Defendant has appeared in this action.  Accordingly, Plaintiff is ordered to file a letter updating the Court on the status of this case no later than May 18, 2026.

     SO ORDERED.

Dated: May 13, 2026
      New York, New York

_____
      GREGORY H. WOODS
     United States District Judge