UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN LOJA,

                              Plaintiff,

        -v-                                                CIVIL ACTION NO. 25 Civ. 8828 (SLC)

                                                           **ORDER**

GRACE NAILS SPA INC., et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties have now consented to the undersigned's jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.  (Dkt. No. 20 (the "Consent")).  In light of the Consent, the initial pretrial conference scheduled to take place before the Honorable Gregory H. Woods on **June 29, 2026 at 4:00 p.m. ET**, (Dkt. No. 7 (the "October 27 Order")), is **CANCELLED**.  All deadlines and directives in the October 27 Order are **VACATED**.

Further, on May 27, 2026, the parties filed a proposed stipulation extending the deadline for Defendants Grace Nails Spa Inc. and Grace Alexandra Tenamaza Fila (together, "Defendants") to respond to the complaint (Dkt. No. 1 (the "Complaint")) to **July 27, 2026**.  (Dkt. No. 15 (the "Proposed Stipulation")).  The undersigned will endorse the Proposed Stipulation by separate order.  Also on May 27, 2026, this case was referred to the Court annexed mediation program. (Dkt. No. 18).  Once Defendants respond to the Complaint, the undersigned will schedule an initial case management conference in accordance with Federal Rule of Civil Procedure 16 to discuss

discovery and the status of the parties' mediation efforts.

Dated:       New York, New York
             June 15, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**