UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN LOJA,

Plaintiff,

-v-

GRACE NAILS SPA INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8828 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 30, the parties were required to submit a joint status letter informing the Court of the status of their mediation efforts (the "Letter") by August 18, 2026. (Dkt. No. 30). To date, the parties have not filed the Letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the Letter to **August 26, 2026**.

Dated: New York, New York
August 19, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**