UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN LOJA,

Plaintiff,

-v-

GRACE NAILS SPA INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8828 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 21, 2026, the Court granted the motion to withdraw as counsel filed by Hang & Associates, PLLC (the "Firm"), prior counsel for Defendants Grace Nails Spa Inc. (the "Nail Salon") and Grace Alexandra Tenemaza Fila ("Ms. Fila") (together, "Defendants"). (Dkt. No. 34 (the "Aug. 21 Order")). In the Aug. 21 Order, given that the Nail Salon is a corporation and must appear through counsel,[1] the Court directed new counsel for the Nail Salon to file a Notice of Appearance (the "NoA") by September 21, 2026 and warned the Nail Salon that if new counsel does not timely appear on behalf of it, the Court may permit Plaintiff to initiate default proceedings against it. (Dkt. No. 34). The Court also directed Ms. Fila to file a letter (the "Letter") by September 21, 2026 updating the Court on whether new counsel is representing her going forward, or whether she intends to proceed pro se. (Dkt. No. 34). To date, new counsel for the Nail Salon has not filed the NoA, and Ms. Fila has not filed the Letter.

[1] See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202–03 (1993) (noting that courts do not allow corporations to appear in court without a licensed attorney) (collecting cases); Kenyatta v. City of New York, No. 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. July 16, 2025) (same).

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for new counsel to file the NoA on behalf of the Nail Salon, and Ms. Fila's deadline to file the Letter, to **October 13, 2026**. THE COURT WARNS THE NAIL SALON THAT IF, BY **OCTOBER 13, 2026**, NEW COUNSEL DOES NOT APPEAR ON BEHALF OF IT, THE COURT MAY PERMIT PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST IT.

In the meantime, the Court **EXTENDS** the stay of all deadlines in this action until **October 13, 2026**.

The Clerk of Court is respectfully directed to mail this Order to:

1. Defendant Grace Nails Spa Inc. at 18 East 125th Street, New York, NY 10035; and
2. Defendant Grace Alexander Tenemaza Fila at 35-40 101st Street, Flushing, NY 11368.

Dated: New York, New York
September 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**