UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN LOJA,

Plaintiff,

-v-

GRACE NAILS SPA INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8828 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 26, Plaintiff Carmen Loja ("Plaintiff") was required to request a Certificate of Default (the "CoD") against Defendant Grace Nails Spa Inc. (the "Nail Salon") from the Clerk of Court by October 28, 2026. (Dkt. No. 36). To date, Plaintiff has not requested the CoD from the Clerk of Court. As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to request the CoD from the Clerk of Court to **November 5, 2026**. Further, the Court also sua sponte **EXTENDS** Plaintiff's deadline to file a Motion for Default Judgment (the "Motion") against the Nail Salon in accordance with the undersigned's Individual Practices in Civil Cases, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 to **November 19, 2026.** PLAINTIFF IS WARNED THAT FAILURE TO REQUEST THE COD BY **NOVEMBER 5, 2026** AND FILE THE MOTION BY **NOVEMBER 19, 2026** MAY RESULT IN THE COURT DISMISSING PLAINTIFF'S CLAIMS AGAINST THE NAIL SALON FOR FAILURE TO PROSECUTE.

The Clerk of Court is respectfully directed to:

1. Mail a copy of this Order to Defendant Grace Alexander Tenemaza Fila at 35-40 101st Street, Flushing, NY 11368;

2. Mail a copy of this Order to Defendant Grace Nails Spa Inc. at 18 East 125th Street, New York, NY 10035; and

3. Lift the stay in this case.

Dated: New York, New York
October 29, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**