# Law Offices of Colin Mulholland

36-36 33rd Street
Suite 308
Astoria, NY 11106

Employment and Civil Litigation

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

November 4, 2026

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The Court is in receipt of Plaintiff's letter dated November 4, 2026 advising the Court that "[t]he SDNY Clerk will not issue a Certificate of Default" ("CoD") against Grace Nails Spa Inc. (the "Nail Salon") given that the Nail Salon has answered. (Dkt. No. 38). The Court clarifies that Plaintiff should request a Certificate of Default against the Nail Salon on the grounds that, despite the Court's Orders directing that new counsel appear for the Nail Salon following its prior counsel's withdrawal (see Dkt. Nos. 34; 35), no counsel has appeared for the Nail Salon. Plaintiff is therefore directed to revise the CoD template to reflect the appropriate grounds for default against the Nail Salon, the Nail Salon's failure to comply with the Court's Orders for new counsel to appear on its behalf.

Accordingly, Plaintiff's deadline to request the CoD against the Nail Salon from the Clerk of Court is **EXTENDED** to **November 12, 2026**, and her deadline to file a Motion for Default Judgment against the Nail Salon in accordance with the undersigned’s Individual Practices in Civil Cases, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 is **EXTENDED** to **November 19, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 38.

SARAH L. CAVE
United States Magistrate Judge

SO ORDERED. November 4, 2026

Re: 25-cv-08828-SLC Loja v. Grace Nails Spa Inc. et al,

Your Honor,

All the Defendants have answered including the corporate Defendants. The SDNY Clerk will not issue a Certificate of Default in these circumstances at my request.

If the Court would so permit, Plaintiff would make a motion to strike the Defendants Answers and to Enter Default Judgment by November 19, 2026.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.