# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

November 17, 2026

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The request at Dkt. No. 44 is **GRANTED**. The deadline for Plaintiff to file her motion for default judgment against Defendant Grace Nails Spa Inc. (see Dkt. No. 39) is **EXTENDED** to **December 4, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 44.

SO ORDERED. November 18, 2026

SARAH L. CAVE
United States Magistrate Judge

Re: 25-cv-08828-SLC Loja v. Grace Nails Spa Inc. et al,

Your Honor,

If the Court would so permit, Plaintiff respectfully requests for an extension to make the motion to strike the Defendants' Answers and to Enter Default Judgment until after the Thanksgiving holiday - December 4, 2026.

I am a solo practitioner and the past eighteen months I have experienced an extremely large rate of default motions. I currently have four default motions that need attention within the six-week period.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.